**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **JANE DOE I, JOHN DOE and** | ) | |
| **JANE DOE II,** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | No. 1:24-cv-1982 |
| | ) | |
| **INDIANA UNIVERSITY BLOOMINGTON,** | ) | |
| **THE TRUSTEES OF INDIANA** | ) | |
| **UNIVERSITY, INDIANA UNIVERSITY** | ) | |
| **HEALTH BLOOMINGTON, INC., and** | ) | |
| **CONNOR DELP,** | ) | |
| Defendants. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Connor Delp, states that he is a citizen of the State of Indiana.

Respectfully submitted,

**EICHHORN & EICHHORN, LLP**

By:   /s/ Alyssa Stamatakos
     Alyssa Stamatakos, #16715-53
     astamatakos@eichhorn-law.com

     Attorney for Defendant,
     Connor Delp

Alyssa Stamatakos, #16715-53
EICHHORN & EICHHORN, LLP
2929 Carlson Drive, Suite 100
Hammond, IN 46323
Telephone: (219) 931-0560

1

**CERTIFICATE OF SERVICE**

I, Alyssa Stamatakos, certify that on the 20th day of December, 2024, I electronically filed

the foregoing Rule 7.1 Disclosure Statement with the Clerk of the Court using the CM/ECF system,

which sent notification of such filing to the following:

Ashley N. Hadler
Garau Germano, P.C.
3710 Washington Blvd.
Indianapolis, IN 46205
ahadler@g-glawfirm.com

James L. Whitlach/Maryanne Pelic/Ryan M. Heeb
Bunger & Robertson
211 S. College Square
P.O. Box 910
Bloomington, IN 47404-0910
jwhit@lawbr.com
mpelic@lawbr.com
rheeb@lawbr.com

Kristina A. Coleman/Alice M. Morical
Faegre Drinker Biddle & Reath, LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN  46204
kristina.coleman@faegredrinker.com
alice.morical@faegredrinker.com

Robert D. Hawk, Jr.
Kopka Pinkus Dolin PC
9801 Connecticut Drive
Crown Point, IN  46307
RDHawk@kopkalaw.com

/s/ Alyssa Stamatakos