UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE I, JOHN DOE, and <br> JANE DOE II, <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA UNIVERSITY BLOOMINGTON, <br> THE TRUSTEES OF INDIANA <br> UNIVERSITY, ANONYMOUS HOSPITAL, and <br> CONNOR DELP, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CAUSE NO.: 1:24-cv-01982-MPB-MG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING JOINT MOTION TO CONVERT INITIAL PRE-TRIAL CONFERENCE TO STATUS CONFERENCE AND STAY DEADLINE TO FILE PROPOSED CASE MANAGEMENT PLAN**

The Parties, Plaintiffs, JANE DOE I, JOHN DOE and JANE DOE II, by counsel, and Defendants, INDIANA UNIVERSITY BLOOMINGTON, THE TRUSTEES OF INDIANA UNIVERSITY, ANONYMOUS HOSPITAL, and CONNOR DELP, having filed their Joint Motion to Convert Initial Pre-Trial Conference to Status Conference and Stay Deadline to File Proposed Case Management Plan, and the Court being duly and sufficiently advised in the premises now finds that the relief prayed for therein should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Initial Pre-Trial Conference on February 21, 2025 at 1:00 p.m. EST is converted to a telephonic Status Conference. It is further Ordered that the deadline to file a proposed Case Management Plan is stayed until further Order of the Court.

SO ORDERED.

Date: 2/18/2025

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution: All ECF-registered counsel of record via email.