UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| On April 7, 2025, Plaintiff fi<br>JANE DOE I,<br>JOHN DOE,<br>JANE DOE II,<br><br>          Plaintiffs,<br><br>          v.<br><br>INDIANA UNIVERSITY BLOOMINGTON,<br>THE TRUSTEES OF INDIANA UNIVERSITY,<br>INDIANA UNIVERSITY HEALTH<br>BLOOMINGTON, INC.,<br>CONNOR DELP,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:24-cv-01982-MPB-MG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On April 7, 2025, Plaintiffs filed an Amended Complaint. (Docket No. 69). Thus, the Court must **DENY** as moot Defendants' Motions to Dismiss, (Docket Nos. 38; 51; 62), and Defendants Indiana University Bloomington and the Trustees of Indiana University (collectively, "IU")'s Motion to Maintain Document Under Seal, (Docket No. 65). *See Aqua Fin., Inc. v. Harvest King, Inc.*, No. 07-C-015-C, 2007 WL 5404939, at *1 (W.D. Wis. Mar. 12, 2007) (citing *Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002)) ("Under normal circumstances, the filing of an amended complaint renders moot any pending motion to dismiss."). To the extent that Plaintiffs continue to advance claims discussed in that now-obsolete motion, the Court will consider those and any additional arguments in any subsequently filed motions to dismiss. *See id*. ("Defendants are free to file a new motion in light of the amended

complaint should they continue to believe that plaintiff's claims would not survive a challenge under Fed. R. Civ. P 12(b)(6).").

**IT IS SO ORDERED**.

Dated: May 2, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Served electronically on all ECF-registered counsel of record.