UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE I, JOHN DOE, and JANE DOE II, | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:24-cv-01982-MPB-MG |
| v. | ) ) ) |
| INDIANA UNIVERSITY BLOOMINGTON, THE TRUSTEES OF INDIANA UNIVERSITY, ANONYMOUS HOSPITAL, and CONNOR DELP, | ) ) ) ) ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING INDIANA UNIVERSITY BLOOMINGTON AND THE TRUSTEES OF INDIANA UNIVERSITY'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

This matter has come before the Court on Indiana University Bloomington and The Trustees of Indiana University's (collectively, "IU") Motion to Maintain Documents Under Seal, which seeks to seal (1) Exhibit 1 to IU's Motion to Dismiss [Dkt. 78], and (2) excerpts of IU's Brief in Support of the Motion to Dismiss that reference Exhibit 1 [Dkt. 79].

The Court, having reviewed the filings and being otherwise duly advised, finds that good cause exists, and the relief sought by IU should be GRANTED.

IT IS THEREFORE ORDERED that Dkt. 78 and Dkt. 79 shall be maintained UNDER SEAL for good cause.

SO ORDERED this _____ day of _____, 2025.

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution via ECF to all counsel of record.