UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE I,<br>JOHN DOE,<br>JANE DOE II,<br><br>        Plaintiffs,<br><br>        v.<br><br>INDIANA UNIVERSITY BLOOMINGTON,<br>THE TRUSTEES OF INDIANA UNIVERSITY,<br>INDIANA UNIVERSITY HEALTH<br>BLOOMINGTON, INC.,<br>CONNOR DELP,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:24-cv-01982-MPB-MG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MINUTE ENTRY FOR MAY 29, 2025**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Counsel for defendant IU Bloomington shall promptly tender to the magistrate judge's chambers a copy of Exhibit "1" in a minimally redacted fashion for review regarding its motion to seal.

The telephonic status conference set for June 18, 2025 at 2:00 p.m. (Eastern) is **CONTINUED to September 18, 2025 at 2:00 p.m. (Eastern)**. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 6/2/2025

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.