UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE I,<br>JOHN DOE,<br>JANE DOE II,<br><br>        Plaintiffs,<br><br>        v.<br><br>INDIANA UNIVERSITY BLOOMINGTON,<br>THE TRUSTEES OF INDIANA UNIVERSITY,<br>INDIANA UNIVERSITY HEALTH<br>BLOOMINGTON, INC.,<br>CONNOR DELP,<br><br>        Defendants. | No. 1:24-cv-01982-MPB-MG |

**ORDER GRANTING MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Pending before the Court are Indiana University Bloomington and the Trustees of Indiana University's (collectively, "IU") Motions to Maintain Documents Under Seal. [Filing No 65; Filing No. 80.] The Court held a conference on Thursday, May 29, 2025, to address IU's compliance with Local Rules governing motion to seal. IU originally filed redacted versions of Exhibit 1 under seal, [Filing No. 63; Filing No. 78], which prevented the Court from analyzing IU's Motions to Seal.

Following the conference, the Court conducted *in camera* review of a minimally redacted Exhibit 1. Upon examination, IU's Motions to Seal, [Filing No. 65; Filing No. 80], are **GRANTED**. **Within 5 days of this Order,** IU must file the minimally redacted version of its exhibit, [previously appearing at Filing No. 63], under seal to the Court in accordance with Local Rule 5-11.

IU shall file the sealed document using the Court's 'Sealed Document' event in CM/ECF and link to their Motion to Dismiss. [Filing No. 77.]

Date: 6/23/2025

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record