UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE I,<br>JOHN DOE,<br>JANE DOE II,<br><br>    Plaintiffs,<br><br>    v.<br><br>INDIANA UNIVERSITY BLOOMINGTON,<br>THE TRUSTEES OF INDIANA UNIVERSITY,<br>INDIANA UNIVERSITY HEALTH<br>BLOOMINGTON, INC.,<br>CONNOR DELP,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:24-cv-01982-MPB-MG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFFS' MOTION TO AMEND CASE CAPTION**

Pending before the Court is Plaintiffs' Motion to Amend Case Caption. [Filing No 90.] Plaintiffs request an order from this Court directing the Clerk to amend the caption given one Defendant's status as a Qualified Healthcare Provider subject to the Indiana Medical Malpractice Act. Plaintiffs' Motion to Amend Case Caption, [Filing No 90], is **GRANTED,** and the **CLERK is DIRECTED** to amend the caption for this matter as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE I, JOHN DOE, and<br>JANE DOE II,<br><br> Plaintiffs,<br><br> v.<br><br>INDIANA UNIVERSITY BLOOMINGTON,<br>THE TRUSTEES OF INDIANA<br>UNIVERSITY, ANONYMOUS HOSPITAL, and<br>CONNOR DELP,<br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>) CAUSE NO.: 1:24-cv-01982-MPB-MG<br>)<br>)<br>)<br>)<br>)<br>) |

Date: 7/1/2025

                                                      Mario Garcia
                                                      United States Magistrate Judge
                                                      Southern District of Indiana

Distribution via ECF to all counsel of record.