UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE I, JOHN DOE, and JANE DOE II, <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA UNIVERSITY BLOOMINGTON, THE TRUSTEES OF INDIANA UNIVERSITY, ANONYMOUS HOSPITAL, and CONNOR DELP, <br><br> Defendants. | Case No. 1:24-cv-01982-MPB-MG |

**ORDER GRANTING INDIANA UNIVERSITY BLOOMINGTON AND THE TRUSTEES OF INDIANA UNIVERSITY'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

This matter has come before the Court on Indiana University Bloomington and The Trustees of Indiana University's (collectively, "IU") Motion to Maintain Documents Under Seal [Dkt. 123.], which seeks to seal Exhibit 1 to IU's Motion to Dismiss [Dkt. 121], and Exhibit 2 to IU's Motion to Dismiss [Dkt. 122].

The Court, having reviewed the filings and being otherwise duly advised, finds that good cause exists, and the relief sought by IU should be **GRANTED.**

IT IS THEREFORE ORDERED that Dkt. 121 and Dkt. 122 shall be maintained UNDER SEAL for good cause.

**SO ORDERED.**

Date: 10/21/2025

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution via ECF to all counsel of record.