UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Jane Doe 1**,
**Jane Doe 2**, and
**John Doe**,

        Plaintiffs,

    v.

**Drew S. Garrison**,
**Cassandra M. Garrison**, and
**Center Grove Community School
  Corporation**,

        Defendants.

Case No. 1:24-cv-01982-MPB-MG

## PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS

**Comes now** Plaintiffs, Jane Doe 1, Jane Doe 2, and John Doe, by counsel,
and seek leave to proceed under pseudonyms pursuant to Local Rule 10-1 of the
United States District Court of the Southern District of Indiana. In compliance with
Local Rule 10-1(b), Plaintiffs have filed a Brief in Support of their Motion to Porceed
Under Pseudobyms, setting forth the justification under applicable law,
contemporaneously with the filing of this motion.

Respectfully submitted,

WALDRON TATE LAND LLC

/s/ *Brandon E. Tate*
Brandon E. Tate, #31531-49
Katherine A. Piscione, #37166-49
156 E. Market St., 5th Floor
Indianapolis, IN 46204
Telephone: (317) 296-5294
Facsimile: (317) 423-0772
brandon@indytriallawyers.com
katie@indytriallawyers.com

Michael E. Simmons
Hannah K. Brady
HUME, SMITH, GEDDES,
GREEN, AND SIMMONS LLP
54 Monument Circle, 4th Floor
Indianapolis, IN 46204
T: (317) 632-4402
F: (317) 632-5595
msimmons@humesmith.com
hbrady@humesmith.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing has been served on all counsel of record at the time of filing via ECF.

/s/ *Brandon E. Tate*
Brandon E. Tate