UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE I, JOHN DOE, and JANE DOE II,<br><br>    Plaintiffs,<br><br>v.<br><br>INDIANA UNIVERSITY BLOOMINGTON, )<br>THE TRUSTEES OF INDIANA UNIVERSITY, INDIANA UNIVERSITY HEALTH BLOOMINGTON, INC., and CONNOR DELP,<br><br>    Defendants. | CAUSE NO.: 1:24-cv-01982-MPB-MG |

**NON-PARTIES MOTION TO WITHDRAW INADVERTENT FILING**

**Comes now** Non-Parties, Jane Doe 1, Jane Doe 2, and John Doe, by counsel, Brandon E. Tate, and hereby request their inadvertent filing—Motion to Proceed Under Pseudonym, Docket No. 134, in this action be withdrawn in this case and any perceived or procedural representation of the Plaintiff by the undersigned in this action be withdrawn. The undersigned apologizes to the parties, counsel, and the Court for this inadvertent filing, and it was not intended to make any representations as to work-product claims or anything else of that nature as to the filings of Plaintiff's counsel in this action, namely Ashley Hadler, or take anything additionally away from the counsels of Plaintiffs in this action.

Respectfully submitted,

WALDRON TATE LAND LLC

/s/ *Brandon E. Tate*
Brandon E. Tate, #31531-49
Katherine A. Piscione, #37166-49
156 E. Market St., 5th Floor
Indianapolis, IN 46204
Telephone: (317) 296-5294
Facsimile: (317) 423-0772
brandon@indytriallawyers.com
katie@indytriallawyers.com

Michael E. Simmons
Hannah K. Brady
HUME, SMITH, GEDDES,
GREEN, AND SIMMONS LLP
54 Monument Circle, 4th Floor
Indianapolis, IN 46204
T: (317) 632-4402
F: (317) 632-5595
msimmons@humesmith.com
hbrady@humesmith.com

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing has been served on all counsel of record at the time of filing via ECF.

/s/ *Brandon E. Tate*
Brandon E. Tate
