UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE I, JOHN DOE, and JANE DOE II,<br><br>    Plaintiffs,<br><br>    v.<br><br>INDIANA UNIVERSITY BLOOMINGTON, )<br>THE TRUSTEES OF INDIANA UNIVERSITY, INDIANA UNIVERSITY HEALTH BLOOMINGTON, INC., and CONNOR DELP,<br><br>    Defendants. | CAUSE NO.: 1:24-cv-01982-MPB-MG |

## ORDER GRANTING
## NON-PARTIES MOTION TO WITHDRAW INADVERTENT FILING

Non-Parties, Jane Doe 1, Jane Doe 2, and John Doe, by counsel, Brandon E. Tate, and having moved to withdraw their inadvertent filing—Motion to Proceed Under Pseudonym, Docket No. 134, and to withdraw any perceived or procedural representation of the Plaintiffs in this action as a result of the inadvertent filing, and the Court being duly advised therein hereby grants said request.

THEREFORE, Docket No. 134 is deemed withdrawn and any representation set forth/established through the filing of Plaintiffs by Brandon E. Tate is hereby withdrawn.

So Ordered.

Date: _____            _____
                                     Judge, United States District Court