UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JANE DOE I, JOHN DOE, and
JANE DOE II,

       Plaintiffs,

       v.

INDIANA UNIVERSITY
BLOOMINGTON, )
THE TRUSTEES OF INDIANA
UNIVERSITY, INDIANA UNIVERSITY
HEALTH BLOOMINGTON, INC., and
CONNOR DELP,

       Defendants.

> GRANTED. Dkt. 134 is WITHDRAWN. Counsel's motion and proposed order seems to include several errors that should be avoided in the future, namely identifying filer as "non-parties" and referring to "work-product" concerns.  MG 1/13/2026

CAUSE NO.: 1:24-cv-01982-MPB-MG

## NON-PARTIES MOTION TO WITHDRAW INADVERTENT FILING

**Comes now** Non-Parties, Jane Doe 1, Jane Doe 2, and John Doe, by counsel, Brandon E. Tate, and hereby request their inadvertent filing—Motion to Proceed Under Pseudonym, Docket No. 134, in this action be withdrawn in this case and any perceived or procedural representation of the Plaintiff by the undersigned in this action be withdrawn. The undersigned apologizes to the parties, counsel, and the Court for this inadvertent filing, and it was not intended to make any representations as to work-product claims or anything else of that nature as to the filings of Plaintiff's counsel in this action, namely Ashley Hadler, or take anything additionally away from the counsels of Plaintiffs in this action.