UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE I, JOHN DOE, and JANE DOE II, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CAUSE NO.: 1:24-cv-01982-MPB-MG ) |
| INDIANA UNIVERSITY BLOOMINGTON, THE TRUSTEES OF INDIANA UNIVERSITY, ANONYMOUS HOSPITAL and CONNOR DELP, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER REGARDING ERRONEOUS APPEARANCE AND MISFILED DOCUMENT**

The Court, having reviewed Plaintiffs' Notice Regarding Erroneous Appearance and Misfiled Document, and being duly advised, now finds that attorney, Brandon E. Tate, was inadvertently added as counsel of record in this matter due to a misfiled document not prepared or submitted by Plaintiffs' counsel.

IT IS THEREFORE ORDERED that:

1. Attorney, Brandon Tate, shall be removed as counsel of record for Plaintiffs in this matter; and

2. The docket shall be corrected to reflect the accurate list of attorneys of record.

**SO ORDERED.**

Date: 2/11/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution: All ECF-registered counsel of record via email.