UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE I, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:24-cv-01982-MPB-MG |
| | ) |
| INDIANA UNIVERSITY BLOOMINGTON, et al., | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR FEBRUARY 11, 2026
STATUS CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Status Conference. Plaintiffs' Motion to Expedite Date of Telephonic Status Conference is **Denied as Moot**. [Filing No. 138.]

This matter is scheduled for a telephonic status conference on **Tuesday, June 30, 2026 at 1:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 2/11/2026

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record**